

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-20-00071-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

Patrick **VON DOHLEN**, Brian Greco, Kevin Jason Khattar, Michael Knuffke, and Daniel Petri,
Appellees

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2019CI18637
Honorable David A. Canales, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ALVAREZ, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's order denying appellant's plea to the jurisdiction is REVERSED and judgment is RENDERED dismissing this cause for lack of jurisdiction. It is ORDERED that appellant recover its costs of this appeal from appellees.

SIGNED August 19, 2020.

Sandee Bryan Marion, Chief Justice